w/ attachments

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 20 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| AVO HOGAN AND JULIAN W. MEADOWS,<br><br>Plaintiffs,<br><br>v.<br><br>BOB R. BAKER, FRANK S. BAYLEY, JAMES T. BUNCH, BRUCE L. CROCKETT, ALBERT R. DOWDEN, EDWARD K. DUNN, JR., JACK M. FIELDS, CARL FRISCHLING, ROBERT H. GRAHAM, GERALD J. LEWIS, PREMA MATHAI-DAVIS, LEWIS F. PENNOCK, RUTH H. QUIGLEY, LOUIS S. SKLAR, LARRY SOLL, PH.D., MARK H. WILLIAMSON, AIM INVESTMENTS, LTD., AIM ADVISORS, INC., AIM CAPITAL MANAGEMENT, INC., INVESCO INSTITUTIONAL (N.A.), INC., AND JOHN DOES NO. 1 – 100,<br><br>Defendants. | CIVIL ACTION NO. 05cv00073 (WFS) |

**FRANKLIN ADVISERS, INC.'S NOTICE OF MOTION**

**TO TRANSFER AND CONSOLIDATE ACTION WITH THE**

<u>**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**</u>

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:

C:\Documents and Settings\psc\Local Settings\Temporary Internet Files\OLK9\PALIB1_2591108_1.DOC (1286)

NOTICE IS HEREBY GIVEN that on January 18, 2005, Franklin Advisers, Inc. filed the attached Motion for Transfer and Consolidation and supporting documents with the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407.

This notice is provided as required by 28 U.S.C. § 1407(c)(ii). A copy of the Motion for Transfer and Consolidation and the supporting documents are attached to this Notice and are served and filed herewith.

Dated: January 18, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Boris Feldman

Jerome Birn
Peri Nielsen
Kent Easter
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300 – Telephone
(650) 565-5100 – Facsimile

Attorneys for FRANKLIN ADVISERS, INC.